004176

Order issued September 24, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00207-CV

**RANDALL LEE HALER, Appellant**

**V.**

**BOYINGTON CAPITAL GROUP, LLC, Appellee**

# ORDER

The Court has before it appellant's September 19, 2012 third motion for extension of time to file appellant's reply brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on September 19, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE